STUYVESANT CONSTRUCTION CORPORATION et al. v. FING HOLDING CORPORATION et al., BREMER TOOL CORPORATION et al.— Motion for reargument denied,

with ten dollars costs. [See *ante*, p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.